# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>                              Plaintiff,<br>   v.<br><br>ANGEL PERAZA, et al.,<br><br>                              Defendant. | CASE NO. 10cv265 BTM(AJB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; DENYING REQUEST FOR APPOINTMENT OF COUNSEL AS MOOT; AND DISMISSING COMPLAINT WITH PREJUDICE** |

Plaintiff Grace L. Sandoval, proceeding pro se, has filed a Complaint, along with a Motion to Proceed in Forma Pauperis ("IFP"), and a Request for Appointment Counsel. Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court **GRANTS** Plaintiff's IFP motion.  The Court is obligated to review a complaint filed IFP sua sponte and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief.  See 28 U.S.C. § 1915(e)(2).  After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief.  The Complaint is but one in a series of frivolous complaints filed by Plaintiff.  Because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court **DISMISSES** the complaint **WITH PREJUDICE**.  Franklin v. Murphy, 245 F.2d 1221, 1228 n.9 (9th Cir. 1984).  As such, the Court **DENIES AS MOOT** Plaintiff's Request for Appointment of Counsel.

**IT IS SO ORDERED.**

DATED: February 4, 2010

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge